**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Ricardo TOVAR, Defendant–Appellant.**

No. 09–50259
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 16, 2009.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Gerald Conway Moton, Moton Law Office, San Antonio, TX, for Defendant–Appellant.

Ricardo Tovar, Floresville, TX, pro se.

Before KING, STEWART, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Ricardo Tovar has moved for leave to with-

determined that this opinion should not be

draw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Tovar has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.